**Order entered November 18, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00389-CV**

**JOHN HURT AND LESLEA HURT, Appellants**

**V.**

**AMALENDU GOSWAMI AND HARSHA GOSWAMI, Appellees**

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-02059-2020**

**ORDER**

Before the Court is appellants' November 17, 2022 unopposed motion to extend the deadline for filing their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than December 23, 2022.

/s/ KEN MOLBERG
JUSTICE